# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-CV-20600-WILLIAMS

| | |
|---|---|
| TEAM MARKETING GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VERIZON COMMUNICATIONS, INC., | ) |
| TRACFONE WIRELESS, INC. | ) |
| | ) |
| Defendants. | ) |
| _____ | / |

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Trippe Steven Fried of the law firm of Steven Fried Esquire, 954 Lexington Ave, # 1051, New York, NY 10021 Phone#917-392-9302, for purposes of appearance as co-counsel on behalf of TEAM MARKETING GROUP, INC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Trippe Steven Fried to receive electronic filings in this case, and in support thereof states as follows:

1. Trippe Steven Fried is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court Middle District of Tennessee.

2. Movant, Sheleen G. Khan Esquire, of the law firm of Law Office of Sheleen G. Khan P.A, 13499 Biscayne Blvd # T2, Miami, Fl 33181 Phone 954-328-1373, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may

readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, [Name of Atty Seeking Admission] has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Trippe Steven Fried by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Trippe Steven Fried at email address: sfried@olyverapp.com.

WHEREFORE, Movant, Sheleen G. Khan Esquire moves this Court to enter an Order Trippe Steven Fried to appear before this Court on behalf of TEAM MARKETING GROUP, INC., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Trippe Steven Fried.

Date: February 26, 2024                    Respectfully submitted,

By:/s/Sheleen G. Khan, Esq.
LAW OFFICE OF SHELEEN G. KHAN, P.A.
Counsel for Movant
13499 Biscayne Boulevard, Suite T2
Miami, Florida 33181
Primary Tel: 954-328-1373
Tel: 305-454-9126
Facsimile: 305-356-7099
Email: sgklaw@gmail.com
SHELEEN G. KHAN, ESQ.
FBN: 637033

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TEAM MARKETING GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>VERIZON COMMUNICATIONS, INC., )<br>TRACFONE WIRELESS, INC. )<br>)<br>Defendants. )<br>_____/ | Case No. |

**CERTIFICATION OF TRIPPE STEVEN FRIED ESQUIRE**

Trippe Steven Fried Esquire pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of United States District Court Middle District of Tennessee; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*Steven Fried*

_____        _____

                                                         Trippe Steven Fried

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 24-CV-20600-WILLIAMS

TEAM MARKETING GROUP, INC.,        )
                                   )
        Plaintiff,                 )
                                   )
VERIZON COMMUNICATIONS, INC.,      )
TRACFONE WIRELESS, INC.            )
                                   )
        Defendants.                )
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Trippe Steven Fried, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Trippe Steven Fried, may appear and participate in this action on behalf of TEAM MARKETING GROUP, INC.  The Clerk shall provide electronic notification of all electronic filings to Trippe Steven Fried, at  sfried@olyverapp.com

        DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

                                                    _____
                                                    United States District Judge

Copies furnished to: All Counsel of Record