IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20600-KMW
WILLIAMS/GOODMAN

| | |
|---|---|
| TEAM MARKETING GROUP, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VERIZON COMMUNICATIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF VOLUNTARY NONSUIT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, TEAM Marketing Group, Inc., gives notice of the dismissal of this action without prejudice to the refiling of same.

Respectfully submitted,

/Steven Fried/
Steven Fried (PHV)
954 Lexington Avenue, Num 1051
New York, NY 10024
917-280-2468
sfried@olyverapp.com

COPY served on counsel for all parties
by CM/ECF on June 6, 2024.

/Steven Fried/